226 U. S.   Cases Disposed of Without Consideration by the Court.

No. 95. ED BROWN ET AL., PLAINTIFFS IN ERROR, *v.* FRANK M. POWERS, JUDGE, ET AL.   In error to the Supreme Court of the State of Iowa.   December 13, 1912. Dismissed with costs, pursuant to the tenth rule.   *Mr. Benjamin I. Salinger* for the plaintiffs in error.   No appearance for the defendants in error.

---

No. 267. FRANK F. LAMB, PLAINTIFF IN ERROR, *v.* SAMUEL B. BAKER.   In error to the Supreme Court of the State of Oklahoma.   December 18, 1912.   Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. George S. Ramsay* for the plaintiff in error.   No appearance for the defendant in error.

---

No. 110. SEABOARD FIRE & MARINE INSURANCE COMPANY, PLAINTIFF IN ERROR, *v.* GUSTAVE MONTELEONE. In error to the Supreme Court of the State of Louisiana. December 19, 1912.   Dismissed with costs, per stipulation.   *Mr. Edgar H. Farrar* for the plaintiff in error. *Mr. Benjamin Rice Forman* and *Mr. Anthony J. Rossi* for the defendant in error.

---

No. 114. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* MICHAEL KILEY.   In error to the Supreme Court of the State of Wisconsin. December 19, 1912.   Dismissed with costs, pursuant to the tenth rule.   *Mr. Burton Hanson* and *Mr. C. H. Van Alstine* for the plaintiff in error.   No appearance for the defendant in error.